An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LARRY JAMES WASHINGTON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS SMITH, DISTRICT JUDGE,
Respondents.

No. 67589

FILED

MAY 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus, asking this court to compel the district court to comply with NRS 34.830 and file specific findings of fact and conclusions of law in support of its decision to grant petitioner's petition for a writ of habeas corpus and to render a decision on all grounds raised in the petition.

We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter.[1]  *See* NRS 34.160;

---

[1]We note that petitioner has pending appeals from a judgment of conviction (Docket No. 67445) and a district court order granting a post-conviction motion to withdraw a guilty plea and vacating a judgment of conviction (Docket No. 67111).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-15240

NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____ J.
Parraguirre

_____ J.
Douglas

_____ , J.
Cherry

cc:    Hon. Douglas Smith, District Judge
Larry James Washington
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A